# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**JERRY HAWKINS, ADC #510227**                                                      **PLAINTIFF**

**VS.**                     **2:16-CV-00129-BRW-JTR**

**HARRISON FOREMAN, Sergeant,**
**East Arkansas Regional Unit, ADC,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of November, 2017.


                                                  /s/ Billy Roy Wilson _____
                                                UNITED STATES DISTRICT JUDGE